**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| TERESA MAGUIRE, | § | |
|     PLAINTIFF | § | |
| VS. | § | CIVIL ACTION |
| | § | |
| MARIA DE LOS ANGELES MUNOZ | § | FILE NO. 5:19-CV-694-ESC |
| D/B/A EL GALLO DE JALISCO AND | § | |
| W PLAZA CRESTHAVEN, LLC, | § | |
|     DEFENDANTS. | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff RYAN PHLIPSEN ("Plaintiff") and Defendants MARIA DE LOS ANGELES MUNOZ d/b/a EL GALLO DE JALISCO and W PLAZA CRESTHAVEN, LLC ("Defendants"), collective, the "Parties", respectfully provide this joint notice to the Court that the Parties have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

The Parties therefore respectfully request that the Court stay this case for fourteen (14) days to allow the Parties sufficient time to finalize the settlement documents and prepare and file dismissal papers with the Court.

                                                      Respectfully submitted,

| | |
|---|---|
| /s/Dennis R. Kurz | /s/Mark J. Barrera |
| Dennis R. Kurz | Mark J. Barrera |
| Texas State Bar ID No. 24068183 | State Bar No. 24050258 |
| KURZ LAW GROUP, LLC | THE BARRERA FIRM |
| 4355 Cobb Parkway, Suite J-285 | 424 East Nueva |
| Atlanta, GA 30339 | San Antonio, Texas 78205 |
| (404) 805-2494 Phone | (210) 224-5811 (tel) |
| (770) 428-5356 Facsimile | (210) 224-5890 (fax) |
| dennis@kurzlawgroup.com | mark@thebarrerafirm.com |

| | |
|---|---|
| Attorney-in-Charge for Plaintiff | Attorney for Defendant/Cross-Claimant Maria De Los Angeles Munoz d/b/a El Gallo De Jalisco |

/s/ Chuck Shipman
Chuck Shipman
State Bar No. 0074628
THE MORALES FIRM, PC
6243 IH 10 West #132
San Antonio, Texas 78201
Telephone: (210) 225-0811
Telecopier: (210) 225-0821
cshipman@themoralesfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of May, 2020, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

/s/Mark J. Barrera
Mark J. Barrera
State Bar No. 24050258
THE BARRERA FIRM
424 East Nueva
San Antonio, Texas 78205
(210) 224-5811 (tel)
(210) 224-5890 (fax)
mark@thebarrerafirm.com
Attorney for Defendant/Cross-Claimant Maria De Los Angeles Munoz d/b/a El Gallo De Jalisco

/s/_Chuck Shipman
Chuck Shipman
State Bar No. 0074628
THE MORALES FIRM, PC
6243 IH 10 West #132
San Antonio, Texas 78201
Telephone:  (210) 225-0811
Telecopier:  (210) 225-0821
cshipman@themoralesfirm.com

                                        */s/ Dennis R. Kurz*
                                        Dennis R. Kurz