IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TERESA MAGUIRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 5:19-cv-694 |
| MARIA DE LOS ANGELES MUNOZ ) | |
| d/b/a EL GALLO DE JALISCO and ) | |
| W PLAZA CRESTHAVEN, LLC, ) | |
| ) | |
| Defendants. ) | |

## VOLUNTARY DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT MARIA DE LOS ANGELES MUNOZ
## d/b/a EL GALLO DE JALISCO

COME NOW the Plaintiff in the above-captioned case, pursuant to Federal Rule of Civil Procedure No. 41(a), by and through the undersigned lead trial attorney and files this Notice of Voluntary Dismissal with prejudice as to Defendant Maria De Los Angeles Munoz d/b/a El Gallo De Jalisco.

Respectfully submitted this 12th day of June, 2020.

s/ Dennis R. Kurz
_____
Dennis R. Kurz
TX Bar No. 24068183

4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
(404) 805-2494 Phone
(770) 428-5356 Facsimile
dennis@kurzlawgroup.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing parties in the foregoing matter with copies of the following pleadings by First Class US Mail as follows:

Chuck Shipman, Esq.
The Morales Firm, P.C.
6243 IH 10 West #132
San Antonio, Texas 78201
cshipman@themoralesfirm.com
*Attorney for Defendant, W Plaza Cresthaven, LLC*

Mark J. Barrera, Esq.
The Barrera Firm
424 E. Nueva
San Antonio, Texas 78205
mark@thebarrerafirm.com
*Attorney for Maria De Los Angeles Munoz d/b/a El Gallo De Jalisco*

This 12th day of June, 2020.

*s/Dennis R. Kurz*
_____
Dennis R. Kurz
TX Bar No. 24068183

4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
(404) 805-2494 Phone
(770) 428-5356 Facsimile
dennis@kurzlawgroup.com