IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TERESA MAGUIRE, | § § | |
| *Plaintiff,* | § § § | SA-19-CV-00694-ESC |
| vs. | § § § | |
| W PLAZA CRESTHAVEN, LLC, MARIA DE LOS ANGELES MUNOZ, | § § § § | |
| *Defendants.* | § | |

## CASE CLOSING ORDER

Before the Court is the above-styled cause of action. The record reflects that on June 12, 2020, Plaintiff voluntarily dismissed her claims against Defendant Maria De Los Angeles Munoz with prejudice [#26]. On July 9, 2020, Plaintiff voluntarily dismissed her claims against Defendant W Plaza Creshaven, LLC with prejudice [#28]. Accordingly, all the claims in this lawsuit have been dismissed with prejudice.

**IT IS THEREFORE ORDERED** that this case is **CLOSED**.

SIGNED this 9th day of July, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE